IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

**FILED**
**August 21, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT
bb  COURT

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

Julia Ann Poff
PETITIONER
(Full name of Petitioner)

FMC Carswell
CURRENT PLACE OF CONFINEMENT

vs.

30835-479
PRISONER ID NUMBER

4:23-cv-870-P

Warden Michael Smith
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

CASE NUMBER
(Supplied by the District Court Clerk)

### INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. ___  ___ pretrial detention;
2. ___  ___ a conviction;
3. ___  ___ a sentence;
4. ___  ___ jail or prison conditions;
5. ✓   ___ a prison disciplinary proceeding;
6. ___  ___ parole or mandatory supervision;
7. ✓   ___ time credits;
8. ✓   ___ other (specify): Violation of Fourteenth Amendment

Have you pursued to completion all relevant state and/or prison administrative remedies [grievance/complaint(s)] before filing this petition.   Yes   (No)   If yes, what was the date of, the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies. It is in process at the Regional level. I am ugilble for release now so to wait for the exhaustion would be a further violation of the Fourteenth Amendment and cause irreparable harm. Prison officials are interferring with my pursuit for relief and refuse to acknowledge my criminal judgment.

2

1. Place of detention: F.D.C. Houston

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: I was forced to plead to One count of 18 U.S.C. §844(d) - Transportation of Explosives With the Intent to Kill, Injure, or Intimidate. It was recently discovered that I pled to an invalid statute.

3. Name and location of court in which your case is pending or in which you were convicted: Southern District of Texas - Houston Division

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: 4:17-CR-669

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: November 18, 2019 to 120 months due to the incorrect cross-reference of attempted murder and incorrect statute.

6. Check whether a finding of guilty was made:

    a. after a forced plea of guilty    ✓

    b. after a plea of not guilty       _

    c. after a plea of nolo contendere  _

7. If you were found guilty, check whether that finding was made by:

    a. a jury                           _

    b. a judge without a jury           _

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    (Yes)     No

3

9. If you did appeal, give the following information for each appeal:

   a. (1) Name of court and docket or case number:
   Court of Appeals for the Fifth Circuit
   19-50853

   (2) Result and date of result: Sua Sponte dismissal - November 23, 2020

   (3) Grounds raised (list each):

   (a) Due Process violations - Preindictment Delay, Denial of Mail, Denial of Visitation, Speedy Trial Violations

   (b) Plea Agreement - Voluntary or Coerced, Waiver Enforceable or Void

   (c) Plain Error Review - Prosecutorial Misconduct and Sentencing Guidelines

   (d) _____

   b. (1) Name of court and docket or case number:
   Supreme Court of the United States - 20-8060

   (2) Result and date of result: Denied - Date unknown

   (3) Grounds raised (list each):

   (a) Jurisdiction when Habeas filed, Suspension Clause, Preservation of Issues under 18 U.S.C. § 3162.

   (b) Government Breach in Opposition of Points and Prejudice of Court of Appeals not following Houston v. Lack.

   (c) Intentional violation of Due Process rights presenting fraud on the Court.

4

(d) _____

_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

   **CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

   a. **GROUND ONE:**
   Is Ms. Poff's Fourteenth Amendment Due Process Clause being violated since the legal authority to hold her has expired?

   Supporting facts: Under the First Step Act of 2018, an inmate in minimum or low status earns 15 days for every 30 days of programming. Ms. Poff has earned 600 days. With the combined twelve (12) months awarded under the Second Chance Act on June 12, 2023, her time and credits balanced out. But due to no fault of her own the Bureau of Prisons is refusing to release her.

   b. **GROUND TWO:**
   Does the Bureau of Prisons have to follow the schedule set in a defendant's criminal judgment in regards to what payments they can take from the inmate's account for the restitution?

   Supporting facts: Ms. Poff's criminal judgment has a schedule of payments as required by the MVRA of "at least $25.00 per quarter while imprisoned..." The BOP has refused to acknowledge this and has ordered her to pay $285 month, $162 a month, or take

5

whatever they want to when they want to. Ms. Poff's criminal judgment does not include the provision "due immediately" regarding restitution or the payments.

c. **GROUND THREE:** Should Ms. Poff be penalized with the loss of ALL 600 days of FSA credits because she wasn't able to pay the $163.00 a month through no fault of her own?

Supporting facts: Ms. Poff's Case Manager in February made her sign an FRP contract to pay $163.00 a month or she would be kicked out of the "Life Connections Program". Ms. Poff argued and told both her and her Unit Manager that 1) she is a Care Level 3 not clear for work; 2) her husband filed for divorce in January and she was no longer receiving support from him; and 3) that isn't what her criminal judgment states. No one would listen.

d. **GROUND FOUR:** Ms. Poff signed a new contract on or about July 11, 2023 for $25.00 per quarter starting in August. On August 8th payments were taken from accounts but not Ms. Poff's. With a signed contract should she continue to be penalized?

Supporting facts: After seeing the drastic reduction in support, Ms. Brown changed the FRP payment to $25.00 a quarter starting in August. The money ($41.13 to be exact) was in the account on August 8th and no payment was taken out? As a result Ms. Poff could be suspended from the "Life Connections Program" she has been in for 14 months and about to graduate; and loss of commissary for the third time since July 11th when the new contract was executed.

6

11. Relief sought in this petition: Reinstatement of ALL FSA credits, removal of FRP refusal status and credit during July 11th to the present, and immediate release to the halfway house or home confinement.

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

          Yes      (No)

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: _____

       (2) Result and date of result: _____

       (3) Grounds raised (list each):

          (a) _____

          (b) _____

          (c) _____

          (d) _____

    b. (1) Name of court and docket or case number: _____

       (2) Result and date of result: _____

       (3) Grounds raised (list each):

          (a) _____

(b) _____

_____

(c) _____

_____

(d) _____

_____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

_____

I have filed a § 2255, challenging the whole issue of restitution but not in reference to what is in this motion. My Certificate of Appealability and a second appeal regarding the restitution are currently pending in the Court of Appeals.

_____

15. Are you presently represented by counsel?     Yes     (No)
    If so, name, address and telephone number of attorney: _____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?     Yes     (No)

8

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on ____August 9, 2023_____ (month, day, year).

Executed (signed) on __August 9, 2023_____ (date).

_____
Signature of Petitioner (required)

Petitioner's current address:

Julia Poff · Reg #30835-479

FMC Carswell 3 South

P.O. Box 27137

Fort Worth, TX 76127

9

August 9, 2023

United States District Court
Northern District of Texas
501 W. 10th St.
Fort Worth, TX 76102

4-23CV-870-P

Re: New Case - Julia Ann Poff v. Warden Michael Smith

Dear Sir or Mam:

Please find enclosed the following documents to be filed in this case:
1. Motion to Expedite;
2. Emergency Preliminary Injunction;
3. Petition for Writ of Habeas Corpus under 28 USC § 2241; and
4. Memorandum and Brief in Support of Habeas Petition

I have also requested the $5.00 filing fee that will be sent directly from the institution. Time is of the essence in this case so I thank you for your assistance and prompt attention to this matter.

\* Being on restriction I can't make copies so these are originals. Please tell me how much it will cost me to receive a file stamped copy back?

Sincerely,

Julia Ann Poff by Rose
Julia Poff
Reg. # 30835-479
FMC Carswell 3 South
P.O. Box 27137, Fort Worth, TX 76127

