UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JULIA ANN POFF,**

   Petitioner,

v.                                      No. 4:23-cv-0870-P

**WARDEN MICHAEL SMITH**

   Respondent.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Julia Ann Poff under 28 U.S.C. § 2241 is **DISMISSED**.

**SO ORDERED** on this **14th day** of **November 2023.**

_[Signature: Mark T. Pittman]_

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE